Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–14998–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Peter Draksin
    dba Peter Draksin
    2435 Woodcrest Drive
    East Stroudsburg, PA 18302

Social Security No.:
    xxx–xx–8692

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/3/2019 and a confirmation hearing on such Plan has been scheduled for 7/24/2019.

The debtor filed a Modified Plan on 8/26/2019 and a confirmation hearing on the Modified Plan is scheduled for 9/25/2019. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: August 27, 2019
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-14998-SLM
Peter Draksin                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 27, 2019
                              Form ID: 186             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db         +Peter Draksin,    2435 Woodcrest Drive,    East Stroudsburg, PA 18302-9234
cr         +JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MO,    Phelan Hallinan & Schmieg, PC,
             1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518078009  +Chase Mtg,    700 Kansas Lane Mc La4-6,    Monroe, LA 71203-4774
518078010  +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
518078012  +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
518379794  +JPMC Specialty Mortgage LLC ET.AL.,     Chase Records Center,    Attn: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
518139611  +Jennifer Draksin,    2435 Woodcrest Drive,    East Stroudsburg, PA 18302-9234
518078013  +Maria Draksin,    7417 4th Ave,    North Bergen, NJ 07047-4817
518101823  +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518078015  +Specialized Loan Servicing as Servicer,    Law Office of Parker McCay P.A.,
             9000 Midatlantic Drive, Suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
518325204  +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +E-mail/Text: MKnitter@monroecountypa.gov Aug 27 2019 23:31:03
             Monroe County Tax Claim Bureau,    Attn: Mindy,    1 Quaker Plaza,    Room 104,
             Stroudsburg, PA 18360-2141
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2019 23:56:46
             Orion c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518120764  +E-mail/Text: cio.bncmail@irs.gov Aug 27 2019 23:30:16      Department of Treasury,
             Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
518164094   E-mail/Text: robert.mclaughlin@kadiehl.com Aug 27 2019 23:31:22      Lake of the Pines CA,
             PO Box 305,    Gouldsboro, PA 18424-0305
518078014  +E-mail/Text: MKnitter@monroecountypa.gov Aug 27 2019 23:31:03
             Monroe County PA Tax Claim Bureau,    1 Quaker Plaza,    Suite 104,   Stroudsburg, PA 18360-2141
518200670  +E-mail/Text: MKnitter@monroecountypa.gov Aug 27 2019 23:31:03
             Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
518375879  +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
             One Newark Center,    Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518078011*    +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
518078016    ##+Trident Asset Manageme,   53 Perimeter Center East,    Atlanta, GA 30346-2230
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Aug 27, 2019
                               Form ID: 186             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:

        Dean G. Sutton    on behalf of Debtor Peter  Draksin dgs123@ptd.net
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
         Mortgage et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Terwin Mortgage et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Robert  Davidow    on behalf of Creditor    JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY
         MORTGAGE LLC nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                                                 TOTAL: 7