UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com

**Order Filed on September 16, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Peter Draksin

Case No. 19-14998/SLM

Chapter: 13

Hearing Date: September 11, 2019 @ 10:00 a.m.

Judge: Stacey L. Meisel

## ORDER RECLASSIFYING CLAIM OF MARIA DRAKSIN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 16, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:  Peter Draksin
Case No.  19-14998/SLM
Caption of Order: Order Reclassifying Claim of Maria Draksin

This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtor and Dean G. Sutton having appeared on the behalf of the Debtor and good cause having been shown;

It is ORDERED, that the Proof of Claim filed by Maria Draksin, designated as Claim No. 4 on the Bankruptcy Court Clerk's Claims Register is reclassified from a priority claim under 11 U.S.C. 507(a)(4) to a general, unsecured claim.