UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com

Order Filed on September 16, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Peter Draksin

Case No. 19-14998/SLM

Chapter: 13

Hearing Date: September 11, 2019
@ 10:00 a.m.

Judge: Stacey L. Meisel

## ORDER RECLASSIFYING CLAIM OF MARIA DRAKSIN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 16, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

```
Page 2
Debtor:  Peter Draksin
Case No.  19-14998/SLM
Caption of Order: Order Reclassifying Claim of Maria Draksin
```

    This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtor and Dean G. Sutton having appeared on the behalf of the Debtor and good cause having been shown;

    It is ORDERED, that the Proof of Claim filed by Maria Draksin, designated as Claim No. 4 on the Bankruptcy Court Clerk's Claims Register is reclassified from a priority claim under <u>11 U.S.C. 507(a)(4)</u> to a general, unsecured claim.

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Draksin  
    Debtor

Case No. 19-14998-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db           +Peter Draksin,    2435 Woodcrest Drive,    East Stroudsburg, PA 18302-9234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:

        Dean G. Sutton    on behalf of Debtor Peter  Draksin dgs123@ptd.net  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin  
         Mortgage et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov  
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
         Terwin Mortgage et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert Davidow    on behalf of Creditor    JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY  
         MORTGAGE LLC nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 7