Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14998−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Draksin
   dba Peter Draksin
   2435 Woodcrest Drive
   East Stroudsburg, PA 18302

Social Security No.:
   xxx−xx−8692

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       10/16/19
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Dean G. Sutton, Creditor's Attorney,

COMMISSION OR FEES
$10,710.00

EXPENSES
$382.30

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 20, 2019
JAN:

                                                                                                         Jeanne Naughton
                                                                                                         Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 19-14998-SLM
Peter Draksin                                                           Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2                  Date Rcvd: Sep 20, 2019
                              Form ID: 137              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             +Peter Draksin,    2435 Woodcrest Drive,    East Stroudsburg, PA 18302-9234
cr             +JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MO,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518078009      +Chase Mtg,    700 Kansas Lane Mc La4-6,    Monroe, LA 71203-4774
518078010      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
518078012      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
518379794      +JPMC Specialty Mortgage LLC ET.AL.,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
518139611      +Jennifer Draksin,    2435 Woodcrest Drive,    East Stroudsburg, PA 18302-9234
518078013      +Maria Draksin,    7417 4th Ave,    North Bergen, NJ 07047-4817
518101823      +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518078015      +Specialized Loan Servicing as Servicer,     Law Office of Parker McCay P.A.,
                 9000 Midatlantic Drive, Suite 300,     PO Box 5054,   Mount Laurel, NJ 08054-5054
518325204      +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2019 23:44:58      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2019 23:44:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: MKnitter@monroecountypa.gov Sep 20 2019 23:45:01
                 Monroe County Tax Claim Bureau,    Attn: Mindy,    1 Quaker Plaza,    Room 104,
                 Stroudsburg, PA 18360-2141
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 23:49:21
                 Orion c/o PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518120764      +E-mail/Text: cio.bncmail@irs.gov Sep 20 2019 23:44:50      Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
518164094       E-mail/Text: robert.mclaughlin@kadiehl.com Sep 20 2019 23:45:06     Lake of the Pines CA,
                 PO Box 305,    Gouldsboro, PA 18424-0305
518078014      +E-mail/Text: MKnitter@monroecountypa.gov Sep 20 2019 23:45:01
                 Monroe County PA Tax Claim Bureau,    1 Quaker Plaza,    Suite 104,    Stroudsburg, PA 18360-2141
518200670      +E-mail/Text: MKnitter@monroecountypa.gov Sep 20 2019 23:45:01
                 Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
518375879      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2019 23:44:58      United States Trustee,
                 One Newark Center,   Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518078011*     +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
518078016     ##+Trident Asset Manageme,    53 Perimeter Center East,    Atlanta, GA 30346-2230
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: Sep 20, 2019
                               Form ID: 137             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:

          Dean G. Sutton    on behalf of Debtor Peter  Draksin dgs123@ptd.net
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
           Mortgage et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Terwin Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert  Davidow    on behalf of Creditor    JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY
           MORTGAGE LLC nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 7