| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>dean@deansuttonlaw.com | Order Filed on October 18, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>Peter Draksin | Case No.   19-14998<br><br>Chapter:    13<br><br>Hearing Date:   October 16, 2019<br>@ 2:30 p.m.<br><br>Judge:   Stacey L. Meisel |

### ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 18, 2019**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:  Peter Draksin
Case No. 19-14998/SLM
Caption of Order: Order for Allowance to Attorney for Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee in the amount of $10,710.00, and Reimbursement of Expenses in the amount of $382.30.  Against this amount shall be credited the sum of $7,500.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority; and it is further

ORDERED, that the Debtor's monthly plan payment is increased to $845.00 per month beginning October 1, 2019.