UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com

In Re:

Peter Draksin

**Order Filed on October 18, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.  19-14998

Chapter:   13

Hearing Date:   October 16, 2019
                @ 2:30 p.m.

Judge:   Stacey L. Meisel

## ORDER FOR ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 18, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:  Peter Draksin
Case No. 19-14998/SLM
Caption of Order: Order for Allowance to Attorney for Debtor(s)

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that Dean G. Sutton, Esquire, attorney for the Debtor(s) be allowed a fee in the amount of $10,710.00, and Reimbursement of Expenses in the amount of $382.30.  Against this amount shall be credited the sum of $7,500.00 already received.  Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire through the chapter 13 plan as an administrative priority; and it is further

ORDERED, that the Debtor's monthly plan payment is increased to $845.00 per month beginning October 1, 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-14998-SLM
Peter Draksin                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Oct 18, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Peter Draksin,    2435 Woodcrest Drive,    East Stroudsburg, PA 18302-9234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Dean G. Sutton    on behalf of Debtor Peter  Draksin dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Terwin Mortgage et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Davidow    on behalf of Creditor    JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY
               MORTGAGE LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7