Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14998−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter Draksin
  dba Peter Draksin
  2435 Woodcrest Drive
  East Stroudsburg, PA 18302

Social Security No.:
  xxx−xx−8692

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 9, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 87 − 84
Order Granting Application to Employ Re/Max of the Poconos as Real Estate Broker to the Debtor. (Related Doc # 84). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/9/2021. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 9, 2021
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-14998-SLM

Peter Draksin                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| r | + Re/Max of the Poconos, 1111 North 5th Street, Stroudgburg, PA 18360-2658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor Peter Draksin dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 09, 2021 Form ID: orderntc Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Nicholas V. Rogers
   on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC
   nj.bkecf@fedphe.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8