UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

Order Filed on December 9, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
Peter Draksin

Case No.: 19-14998
Chapter: 13
Judge: SLM

# ORDER AUTHORIZING RETENTION OF

## RE/MAX OF THE POCONOS

The relief set forth on the following page is **ORDERED**.

**DATED: December 9, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Re/Max of the Poconos_____
as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Re/Max of the Poconos
   1111 North 5th Street
   Stroudgburg, PA 18360

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-14998-SLM

Peter Draksin                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter Draksin, 2435 Woodcrest Drive, East Stroudsburg, PA 18302-9234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor Peter Draksin dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Nicholas V. Rogers
   on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC
   nj.bkecf@fedphe.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8