| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>PETER DRAKSIN | Case No.: 19-14998<br>Adv. No.:<br>Hearing Date:<br>Judge:  SLM |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/14/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
PETER DRAKSIN
2435 WOODCREST DRIVE
EAST STROUDSBURG, PA  18302
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ  07871
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  December 14, 2022

By:  /S/  Jessica Antoine
Jessica Antoine