Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−14998−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Draksin
   dba Peter Draksin
   2435 Woodcrest Drive
   East Stroudsburg, PA 18302

Social Security No.:
   xxx−xx−8692

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/4/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 4, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-14998-SLM

Peter Draksin    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Jan 04, 2023    Form ID: 148    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Draksin, 2435 Woodcrest Drive, East Stroudsburg, PA 18302-9234 |
| cr | + | Fifth Third Bank, N.A., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | JJPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MO, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MOR, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| r | + | Re/Max of the Poconos, 1111 North 5th Street, Stroudgburg, PA 18360-2658 |
| 518139611 | + | Jennifer Draksin, 2435 Woodcrest Drive, East Stroudsburg, PA 18302-9234 |
| 518164094 | ++ | LAKE OF THE PINES COMMUNITY ASSOCIATION, PO BOX 305, GOULDSBORO PA 18424-0305 address filed with court:, Lake of the Pines CA, PO Box 305, Gouldsboro, PA 18424-0305 |
| 518078013 | + | Maria Draksin, 7417 4th Ave, North Bergen, NJ 07047-4817 |
| 518078015 | + | Specialized Loan Servicing as Servicer, Law Office of Parker McCay P.A., 9000 Midatlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 518078016 | + | Trident Asset Manageme, 53 Perimeter Center East, Atlanta, GA 30346-2294 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: MKnitter@monroecountypa.gov | Jan 04 2023 20:40:00 | Monroe County Tax Claim Bureau, Attn: Mindy, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 05 2023 01:34:00 | Orion c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518120764 | + | EDI: IRS.COM | Jan 05 2023 01:34:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518078010 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 04 2023 20:40:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 518078012 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 04 2023 20:40:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 518078009 | | EDI: JPMORGANCHASE | Jan 05 2023 01:34:00 | Chase Mtg, 700 Kansas Lane Mc La4-6, Monroe, LA 71203 |
| 518379794 | | EDI: JPMORGANCHASE | Jan 05 2023 01:34:00 | JPMC Specialty Mortgage LLC ET.AL., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518078014 | + | Email/Text: MKnitter@monroecountypa.gov | Jan 04 2023 20:40:00 | Monroe County PA Tax Claim Bureau, 1 Quaker |

Case 19-14998-SLM    Doc 99    Filed 01/06/23    Entered 01/07/23 00:15:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Plaza, Suite 104, Stroudsburg, PA 18360-2141 |
| 518200670 | + | Email/Text: MKnitter@monroecountypa.gov | Jan 04 2023 20:40:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 518101823 | + | EDI: RECOVERYCORP.COM | Jan 05 2023 01:34:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518325204 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 04 2023 20:39:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518375879 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2023 20:40:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518078011 | *+ | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

**Name**            **Email Address**

Dean G. Sutton
    on behalf of Debtor Peter Draksin dean@deansuttonlaw.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Gavin Stewart
    on behalf of Creditor Fifth Third Bank  N.A. bk@stewartlegalgroup.com

Kevin Gordon McDonald
    on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas V. Rogers
    on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC

nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8