

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    PETER DRAKSIN |

Order Filed on January 4, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-14998

Judge:  STACEY L. MEISEL

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: January 4, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 1 of 2

Debtor(s): PETER DRAKSIN

Case No.: 19-14998

Caption of Order:   Order Dismissing Petition

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) to sell or refinance property or complete a loan modification as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-14998-SLM
Peter Draksin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jan 04, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter Draksin, 2435 Woodcrest Drive, East Stroudsburg, PA 18302-9234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

**Name**      **Email Address**

Dean G. Sutton
     on behalf of Debtor Peter Draksin dean@deansuttonlaw.com

Denise E. Carlon
     on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Fran B. Steele
     on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Gavin Stewart
     on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com

Kevin Gordon McDonald
     on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Jan 04, 2023      Form ID: pdf903      Total Noticed: 1

Marie-Ann Greenberg
     magecf@magtrustee.com

Nicholas V. Rogers
     on behalf of Creditor JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC
     nj.bkecf@fedphe.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8